889 A.2d 39

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Jeffrey McCRAY, Respondent.**

Supreme Court of Pennsylvania.

Dec. 7, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of December, 2005, the Petition for Allowance of Appeal is hereby **GRANTED,** and the order of the Superior Court is **REVERSED** pursuant to Pa.R.Crim.P. 720, Pa.R.A.P. 302(a), and 42 Pa.C.S. §§ 9543(a)(3), 9544(b).